|  |  |  |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | |
|---|---|
| RONNIE ADAM CLOUD, § | |
| § | |
| Petitioner, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:17-CV-10 |
| § | |
| UNITED STATES, § | |
| § | |
| Respondent. § | |

# MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This complaint was filed on a form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by *pro se* litigant, Ronnie Adam Cloud. According to the petition, however, Mr. Cloud is not currently incarcerated.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b) as the complaint recites fantastic charges which are clearly fanciful or delusional in nature.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court finds plaintiff's objections are without merit. The objections are similarly delusional and fanciful in nature. This court cannot determine the factual or legal basis for any cause of action.

**ORDER**

Accordingly, the objections of the plaintiff are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 28th day of February, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE